IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DIETRICK LEWIS JOHNSON, SR., #311820 | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv683 |
| COLLIN COUNTY SHERIFF'S DEPT. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for summary judgment, has been presented for consideration. The Report recommends that the motion for summary judgment be denied as moot because Plaintiff subsequently filed an amended complaint. The court concludes that the Report is correct and adopts the findings and conclusions of the Magistrate Judge. It is accordingly

**ORDERED** that the motion for summary judgment (dkt #21) is **DENIED** and all motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 21st day of June, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE